136 P.3d 287

Emerson M.F. JOU, M.D., Provider–Appellant–Appellant,

v.

J.P. SCHMIDT, Insurance Commissioner, Department of Commerce and Consumer Affairs, State of Hawai'i, Appellee–Appellee,

and

Aig Hawaii Insurance Co., Respondent–Appellee–Appellee.

No. 26877.

Supreme Court of Hawai'i.

June 13, 2006.

Stephen M. Shaw, on the motion, for provider-appellant-appellant Emerson M.F. Jou, M.D.

MOON, C.J., LEVINSON, NAKAYAMA, and DUFFY JJ.; and ACOBA, J., Dissenting.

### ORDER DENYING MOTION FOR RECONSIDERATION

The motion for reconsideration filed on May 30, 2006 by provider-appellant-appellant, Emerson M.F. Jou, M.D., requesting that this court review its summary disposition order, filed on May 18, 2006, is hereby denied.

Dissent by ACOBA, J.

Based on my concurring and dissenting opinion filed herein, I would grant reconsideration on the issue of frivolousness.

136 P.3d 287

Lloyd UCKO; Nancy Schoocraft; Jack Applefeld; Terry Applefeld; Ellis Caplan; Tina Caplan, Plaintiffs–Appellants,

v.

A. Ray ROBBINS; M. Helen Robbins; Jacek Rosmarinowsky; Ann Rosmarinowsky; Association of Apartment Owners of Pu'U Po'A; Board of Directors of the Association of Apartment Owners of Pu'U Po'A; John Does 1–10; Jane Does 1–10; Doe Members of the Board of Directors 1–100; Doe Pu'U Po'A Committee Members 1–100; Doe Partnerships 1–10; Doe Corporations 1–10; and Doe Entities 1–10, Defendants–Appellees.

No. 26485.

Supreme Court of Hawai'i.

June 15, 2006.

Terrance M. Revere, Honolulu, on the motion, for plaintiffs-appellants Lloyd Ucko, Nancy Schoocraft, Jack Applefeld, Terry Applefeld, Ellis Caplan, and Tina Caplan.

MOON, C.J., LEVINSON, NAKAYAMA, and DUFFY, JJ.; with ACOBA, J., Concurring Separately.

### ORDER DENYING MOTION FOR RECONSIDERATION

The motion for reconsideration filed on May 30, 2006 by plaintiffs-appellants, Lloyd Ucko, Nancy Schoocraft, Jack Applefeld, Terry Applefeld, Ellis Caplan, and Tina Caplan, requesting that this court review its summary disposition order, filed on May 17, 2006, is hereby denied.

ACOBA, J.

I concur, insofar as I concurred in the result only in the underlying case.